(Reap. Dec. 9746)

PLYWOOD & DOOR SOUTHERN COPORATION *v.* UNITED STATES

Entry No. 807–H.

(Decided July 20, 1960)

*James Wilson Young* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement upon stipulation, on the basis of which I find export value, as defined in section 402(d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the plywood involved, and that such value, in each instance, is the invoice unit value, less ocean freight and insurance, with no allowance for any discounts appearing on the invoices.

Judgment will issue accordingly.